AO 91 (Rev. 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. Ɔ: 26 MJ 335 |
| Kevin Jerald VEAL | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 1, 2026 _____ in the county of _____ Delaware _____ in the

_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 grams or more of Methamphetamine |

This criminal complaint is based on these facts:

SEE ATTACHED

|✗ Continued on the attached sheet.

EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2026.06.02 13:55:40 -0400

*Complainant's signature*

Emanuel L. Woods ATF TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/02/2026 _____

s/ Norah McCann King, USMJudge

*Judge's signature*

City and state: _____ Columbus Ohio _____

Norah McCann King, US Magistrate Judge

*Printed name and title*

AO 91 (Rev. 3/99) Criminal Complaint

---

**PROBABLE CAUSE AFFIDAVIT**
**Kevin Jerald VEAL**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Kevin Jerald VEAL (hereinafter referred to as VEAL) for, knowing he violated 21 U.S.C. § 841(a)(l) and (b)(1)(A)(viii), Possession with Intent to Distribute 500 grams or more of Methamphetamine.

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The inf01mation outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that VEAL committed this offense.

4. In March of 2026, your affiant spoke with a reliable Confidential Source (C/S) who has given good information in the past. The C/S stated that VEAL (DOB 06/09/1986) who goes by the street name "Killa" and/or "Killa Kev" is trafficking narcotics and is in possession of a firearm.

5. During the month of April 2026, ATF Investigators obtained a cellular Pen Register and Trap and Trace (PRTT) warrant for a device that was believed to be utilized by VEAL. ATF investigators were able to locate VEAL and later obtained a Global Positioning System (GPS) tracking device warrant for a vehicle that was determined to be driven by VEAL.

6. On June 1, 2026, ATF investigators conducted physical surveillance on VEAL in the area of 8355 Edgemoor Drive W, Columbus, Ohio. ATF investigators also monitored GPS tracking data to follow VEAL's movements.

7. At approximately 1:14pm, VEAL's GPS data showed him going to Polaris Center Mall and arriving at approximately 1:27pm, which is a known location where VEAL is believed to conduct narcotic transactions. At approximately 1:28pm, VEAL's GPS data showed him leaving Polaris Towne Center mall and arriving back at 8355 Edgemoor Drive at approximately 1:38pm.

8. Through training and experience, your affiant is aware that narcotic dealers often use local mall parking lots for transactions because of the high volume of traffic which makes it easy to blend in with legitimate shoppers. Dealers often operate in broad daylight using the parking lots of fast-food restaurants or large retailers to conduct transactions

9. Your affiant was able to obtain surveillance video from Polaris Towne Center mall during this timeframe that showed VEAL meeting with an unknown person in a black sedan. Both vehicles

AO 91 (Rev. 3/99) Criminal Complaint

---

**PROBABLE CAUSE AFFIDAVIT**
**Kevin Jerald VEAL**

would leave the area. Through training and experience, your af:fiant believed VEAL conducted a street-level narcotics transaction.

10. At approximately 2:14pm, VEAL's GPS data showed the vehicle leaving 8355 Edgemoor Dr and later placed in him on the southeast side of Columbus, Ohio. ATF investigators conducted physical surveillance and observed VEAL make multiple stops for a sh01t period of time. Through training and experience, your affiant believed VEAL was doing quick drives around the block conducting narcotics transactions.

11. VEAL arrived back at 8355 Edgemoor Drive at approximately 3:50pm. ATF investigators continued physical surveillance on VEAL. At approximately 3:53pm, VEAL left 8355 Edgemoor Drive and drove south on Sancus Boulevard. Your affiant requested assistance from uniformed CPD Gang Enforcement Unit (GEU) Detectives who were in marked CPD cruisers.

12. ATF Investigators continued physical surveillance on VEAL and observed VEAL fail to signal while changing lanes in the area of High Cross Boulevard and Campus View. CPD GEU Detectives observed VEAL exit his vehicle that was parked at 7496 North High Street and attempted to make contact. As VEAL began walking away from his vehicle. Detectives ordered VEAL to stop in which he ignored commands and began running on foot. VEAL was apprehended after a brief foot chase and placed in the rear of the cruiser. Detectives recovered a cell phone and approximately $8,087 in cash from VEAL's person.

13. ATF investigators observed a large sum of cash around the center console of VEAL's vehicle. CPD GEU Detectives requested CPD K-9 to complete an open-air sniff of VEAL's vehicle. CPD K-9 alerted to the odor of narcotics on VEAL's vehicle. During a search of VEAL's vehicle, ATF investigators located large vacuum sealed bags of a clear crystal-like substance that looked to be Methamphetamine.

14. The following evidence was seized from the vehicle:

   • Approximately 9lbs of suspected Methamphetamine.

   • Approximately $8,300 in US currency.

   • Cellular phone

15. On June 2, 2026, ATF TFO Hill used the MX908 drug detector test of the unknown crystal-like substance from one of the vacuum sealed plastic bags taken from VEAL's vehicle. The test indicated a presumptive positive result for Methamphetamine.

AO 91 (Rev. 3/99) Criminal Complaint

---

**PROBABLE CAUSE AFFIDAVIT**
**Kevin Jerald VEAL**

16. The aforementioned offenses occured in Delaware County, Ohio, in the Southern Judicial District of Ohio.

17. Based on this information, your affiant believes probable cause exists that VEAL unlawfully and knowingly possessed 500 grams or more of methamphetamine with intent to distribute it in violation of 21 U.S.C § 841(a)(l) and (b)(l)(A)(viii). The above violations were committed in the Southern District of Ohio, Eastern Division. Your affiant requests that an arrest warrant be issued for Kevin Jerald VEAL.

EMANUEL
WOODS (Affiliate)

Digitally signed by
EMANUEL WOODS (Affiliate)
□□□□□026.06.0213.s4.23

ATF TFO Emanuel Woods

Sworn to and subscribed before me this day of June 2, 2026 at Columbus, Ohio.

s/ Norah McCann King, USMJudge

**Norah McCann King**
**U.S. MAGISTRATE JUDGE**