**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| vs. | **INDICTMENT** |
| **KEVIN VEAL,** | **21 U.S.C. § 846** |
| aka "Killa," | **21 U.S.C. §§ 841(a)(1), (b)(1)(A)** |
| aka "Killa Kev," | **18 U.S.C. § 922(g)(1)** |
| | **18 U.S.C. § 924(a)(8)** |
| **Defendant.** | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | |
| | **FORFEITURE ALLEGATIONS** |

*2:26-CR-105*
*Judge Sargus*

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

Beginning in or about April 2026, and continuing to on or about June 1, 2026, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio, the defendant, **KEVIN VEAL, aka "Killa," aka "Killa Kev,"** did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree with other individuals, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii).**

1

## COUNT TWO
(Possession with Intent to Distribute Methamphetamine)

On or about June 1, 2026, in the Southern District of Ohio, the defendant, **KEVIN VEAL, aka "Killa," aka "Killa Kev,"** did knowingly, intentionally, and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts isomers, or salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).**

## COUNT THREE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 1, 2026, in the Southern District of Ohio, the defendant, **KEVIN VEAL, aka "Killa," aka "Killa Kev,"** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute methamphetamine, as charged in Count Two of this Indictment, the allegations of which are incorporated here by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## COUNT FOUR
(Felon in Possession of a Firearm)

On or about June 1, 2026, in the Southern District of Ohio, the defendant, **KEVIN VEAL, aka "Killa," aka "Killa Kev,"** knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm—specifically, a Smith & Wesson, Model SD9VE, 9mm pistol, serial number FZE6680—and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)**

2

## FORFEITURE ALLEGATION ONE

Upon conviction of one or more of the offenses set forth in Counts One and Two of this Indictment, the defendant, **KEVIN VEAL, aka "Killa," aka "Killa Kev,"** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to:

- $8,300.00 in United States currency seized from Kevin Veal incident to his arrest;

- $8,087.00 in United States currency seized from Kevin Veal incident to his arrest;

- $2,625.00 in United States currency seized from Kevin Veal at 80 East Rich St. Apt. 705 Columbus, Ohio;

- $11,941.00 in United States currency seized from Kevin Veal at 8355 Edgemoor Dr. West, Apt. 306, Columbus, Ohio;

- Smith & Wesson, Model SD9VE, 9mm pistol, serial number FZE6680, with any attachments, seized from Kevin Veal at 8355 Edgemoor Dr. West, Apt. 306, Columbus, Ohio;

- 16 rounds of 9mm ammunition, seized from Kevin Veal at 8355 Edgemoor Dr. West, Apt. 306, Columbus, Ohio; and

- 9 rounds of 9mm ammunition, seized from Kevin Veal at 8355 Edgemoor Dr. West, Apt. 306, Columbus, Ohio.

## FORFEITURE ALLEGATION TWO

Upon conviction of any offense set forth in this Indictment, the defendant, **KEVIN VEAL, aka "Killa," aka "Killa Kev,"** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearms and ammunition listed in Forfeiture Allegation One.

3

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), 21 U.S.C. § 853(a), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*

_____

**FOREPERSON**

**DOMINICK S. GERACE II**
**United States Attorney**

_____
**NICOLE PAKIZ (0096242)**
**Assistant United States Attorney**

_____
**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**

4